**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Allon JENKINS, Defendant–Appellant.**

No. 10–30277.

United States Court of Appeals, Ninth Circuit.

Submitted March 2, 2012.

Filed March 2, 2012.

Marcia Kay Hurd, Esquire, Leif Johnson, Assistant U.S. Attorneys, USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, Fdmt–Federal Defenders of Montana Helena Branch Office, Helena, MT, for Defendant–Appellant.

Before: FISHER, GOULD, and PAEZ, Circuit Judges.

ORDER *

This case is submitted for decision as of the date of the filing of this order. The sentence and judgment of the district court are vacated. In light of the Supreme Court's denial of the cert. petition in *United States v. Valverde,* 09–10063, we grant Defendant–Appellant Allon Jenkins's unopposed motion to remand to the district court. Upon remand, the district court is directed to grant Jenkins's second motion to dismiss the indictment, filed on June 9, 2010. The filing of this order shall serve as the court's mandate.

**VACATED and REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.